# United States Court of Appeals

## For the Eighth Circuit

_____

No. 16-3928

_____

Clayton Walker

*Plaintiff - Appellant*

v.

Joseph Harmon, individual capacity; Black Hills Fugitive Task Force

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of South Dakota - Rapid City

_____

Submitted: May 25, 2017
Filed: June 2, 2017
[Unpublished]

_____

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

_____

PER CURIAM.

Clayton Walker appeals following the district court's[1] dismissal of his pro se civil complaint. Having carefully reviewed the record and the parties' briefs, we find

_____

[1]The Honorable Jeffrey L. Viken, Chief Judge, United States District Court for the District of South Dakota.

no error warranting reversal.  We therefore affirm the judgment entered in favor of defendants.  <u>See</u> 8th Cir. R. 47B.

_____